**Order entered January 22, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01486-CR
### No. 05-13-01487-CR

### KENNETH RAY TURNER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F13-51238-H & F13-51239-H**

## ORDER

Before the Court is appellant's January 16, 2015, motion for extension of time to file his motion for en banc reconsideration. We GRANT appellant's motion and consider his motion for en banc reconsideration received on January 16, 2015, properly before the Court.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE